B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Southern  District Of  Texas

In re Ilenda Alonzo Araguz  ,   Case No. 16-33496

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6-1  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 5/27/2020 (date).

Name of Alleged Transferor

The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A

Address of Alleged Transferor:

Nationstar Mortgage LLC
PO Box 619096
Dallas, Texas 75261-9741

Name of Transferee

Kondaur Capital Corporation, not in its individual capacity but solely in its capacity as Separate Trustee of Matawin Ventures Trust Series 2019-4

Address of Transferee:

Kondaur Capital Corporation
333 South Anita Drive, Suite 400
Orange, CA 92868-3314

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**